H. DOUGLAS GALT - State Bar No. 100756          **E-Filed 4/21/2010**
**WOOLLS & PEER**
A Professional Corporation
One Wilshire Boulevard, 22nd Floor
Los Angeles, California 90017
Telephone:  (213) 629-1600
Facsimile:   (213) 629-1660
dgalt@woollspeer.com

Attorneys for Defendant,
Century Surety Company

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESPERANZA DI GREGORIO, an individual dba ESPERANZA'S TREE SERVICE,<br><br>Plaintiffs,<br><br>v.<br><br>CENTURY SURETY COMPANY, an Ohio Corporation and DOES 1 through 10<br><br>Defendants. | Case No.: CV 10-01279 HRL<br><br>**STIPULATION AND ORDER REMANDING ACTION TO STATE COURT** |

Whereas plaintiff Esperanza Di Gregorio ("Di Gregorio") has requested that defendant Century Surety Company ("Century") agree to remand this matter back to state court, and whereas Century is willing to accede to Di Gregorio's request;

Now, therefore, the parties, by and through their counsel of record, stipulate to remand this action to state court.

DATED: April 7, 2010                WOOLLS & PEER
                                    A Professional Corporation


                                    /s/
                                    _____
                                    H. DOUGLAS GALT
                                    Attorneys for Defendant,
                                    Century Surety Company

1

| | |
|---|---|
| DATED:  April 7, 2010 | WILLOUGHBY, STUART & BENING |
| | /s/ |
| | _____ |
| | ELLYN E. NESBIT<br>Attorneys for Plaintiff,<br>Esperanza Di Gregorio |

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this efiled document.

## ORDER

IT IS HEREBY ORDERED that this matter be remanded to state court.

Dated: 4/21/2010                         _____
                                         United States District Judge

2

STIPULATION AND ORDER REMANDING TO STATE COURT

199727.1